IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE VAN'T WESTINDE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-3576-O |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has timely filed a second amended complaint as allowed by the recommendation, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 14), filed October 16, 2013, is **DENIED as moot**. This action will now proceed on the second amended complaint. This case remains referred for pretrial management. *See* ECF No. 5.

**SIGNED** this **16th** day of **September, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE